**THE URBAN LAW FIRM**
Michael A. Urban, Nevada State Bar No. 3875
Nathan R. Ring, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
E-mail:    murban@theurbanlawfirm.com
           nring@theurbanlawfirm.com
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE,<br><br>                    Plaintiffs,<br><br>vs.<br><br>TUMBLEWEED DEVELOPMENT, INC., a Nevada corporation,<br><br>                    Defendant. | CASE NO: 2:12-cv-01114-MMD-PAL<br><br>**PLAINTIFFS' REQUEST TO VACATE ORDER TO SHOW CAUSE HEARING SET BY THE COURT** |

Plaintiffs, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND;

1

TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, by and through their counsel of record, The Urban Law Firm, hereby request this Court vacate the Order to Show Cause hearing set by the Court for August 20, 2013 at 9:30 a.m.

The Plaintiffs filed a request for an order to show cause because they could not obtain compliance from the judgment debtor with the Court's Order for Judgment Debtor Examination. This examination was needed to assist the Plaintiffs with collection of the judgment obtained. In addition to the judgment debtor examination, the Plaintiffs also engaged in other research to obtain collection on the judgment.

As part of the Plaintiffs' pursuit of collection, they located a potential bank account belonging to Tumbleweed Development. With the assistance of the U.S. Marshal's Service, the Plaintiffs were able to serve a writ of garnishment on the bank that held Tumbleweed Development's account. Pursuant to the writ of garnishment, the Plaintiffs satisfied the entire judgment against Tumbleweed Development. The Plaintiffs will be filing a full satisfaction of judgment concurrent with this request to vacate the order to show cause hearing that is set for August 20, 2013 at 9:30 a.m. This request is also made to conserve judicial resources that would be used for the hearing in a case where full judgment collection has been obtained.

## CONCLUSION

As a result of the collection of the full judgment this week, the Plaintiffs respectfully request this Court vacate the Order to Show Cause hearing that it set in its written order on Monday, July 15, 2013.

DATED: July 18th, 2013

THE URBAN LAW FIRM

By: /s/ Nathan Ring
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
*Counsel for Plaintiffs*

2

**ORDER**

**IT IS ORDERED** that the hearing and order to show cause are vacated as the Plaintiff has represented that the judgment has been executed upon and satisfied.

Dated this 22nd day of July, 2013.

Peggy A. Leen
United States Magistrate Judge

3